TiTLE VII of the Civil Rights Act of 1964
As codified, 42 U.S.C 2000e to 2000e-17
RACE, color, gender, Religion national origin

Michael D Smith
2342 Hinde RD
Toledo OH, 43607
419 280-9565

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO


FILED 2017 SEP 25 PM 1:02 CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF OHIO TOLEDO

Michael D Smith,
Plaintiff

-vs-

UAW Local Union 3056
Defendant(s)

CASE NO. 3:17 CV 2012

JUDGE JUDGE ZOUHARY

MAG. JUDGE JAMES R. KNEPP II

COMPLAINT

I'm Filing A Complaint Against UAW Local Union 3056 Due to Them Not Representing me AND Denieing My Rights to Arbration Being That other officers were Represented + give multipal chances in Arbration And still Remain employeed with Charges Alot more Serious That mine. Due to my Termination I Lost Everything. my Car was Repoed. my son was kick out of Central Catholic High school Due to None Payment. I Recieve severl shut off + Eviction notices. Due to Lack of income After Cashing in my Pers. I'm Asking for $800,000 in Complisation + I want to Be made Whole Far As my Job Goes. I've Been going Thru A Very Stressful Hardship.

Michael Smith 9/25/17
Proces