IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Michael D. Smith,  Case No. 3:17 CV 2012

        Plaintiff,  JUDGMENT ENTRY

    -vs-  JUDGE JACK ZOUHARY

Local 3056 UAW,

        Defendant.

    This Court having filed its Order Dismissing Complaint, it is ordered that this action is dismissed. This Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

    IT IS SO ORDERED.

                                s/ *Jack Zouhary*
                                JACK ZOUHARY
                                U. S. DISTRICT JUDGE

                                January 31, 2018